UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW ROBERT DENSMORE,

    Plaintiff,

v.                                         Case No. 1:16-cv-1142
                                          Hon. Ray Kent
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**


Dated: September 6, 2017                /s/ Ray Kent
                                                    RAY KENT
                                                    United States Magistrate Judge